# Court of Appeals
## Tenth Appellate District of Texas

10-25-00425-CR
10-25-00426-CR

Donnie Ray Benton,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
County Court of Navarro County, Texas
Judge H. M. Davenport, presiding
Trial Court Cause Nos. CR-81603 & CR-81604

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Donnie Ray Benton attempts to appeal convictions for driving while intoxicated and striking a fixture on a highway. The certificate of right of appeal in each cause number indicates that Benton has waived the right to appeal. By letters in each appeal dated November 14, 2025, the Clerk of this Court advised Benton that these appeals would be dismissed unless a response

was received showing that Benton did not waive the right to appeal in each cause number. No response was filed.

Because the trial court's certificate of right of appeal signed by Benton in each cause number indicates that Benton has waived the right to appeal, these appeals must be dismissed. *See* TEX. R. APP. P. 25.2(d); ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made a part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Accordingly, these appeals are dismissed.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: December 11, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Do Not Publish
CR25

